UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:94-cr-00011-FDW-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| (1) STEVE ALLEN STEELMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's pro se Motion for Compassionate Release/Reduction of Sentence (Doc. No. 174).

The Court hereby ORDERS the Government to respond to Defendant's motion. The Government shall have **thirty (30) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

Also before the Court are Defendant's pro se Motion to Reduce Sentence, (Doc. No. 170), and pro se Motion for Resentencing (Doc. No. 171). Although the Government has responded to both motions, see (Docs. Nos. 175, 176), the Court will DEFER ruling on these motions until the Government responds to the Motion for Compassionate Release.

IT IS SO ORDERED.

Signed: May 1, 2020

Frank D. Whitney
Chief United States District Judge

1